AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RONALD J. JOHNSON, JR. | ) | Case No: 2:07CR130-PPS |
| | ) | USM No: 09405-027 |
| Date of Original Judgment: 11/18/2008 | ) | |
| Date of Previous Amended Judgment: | ) | none |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  63  months **is reduced to**  51 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/18/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  05/08/2015                    /s/ Philip P. Simon
                                                                *Judge's signature*

Effective Date:  11/01/2015                Philip P. Simon, Chief Judge
*(if different from order date)*              *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Ronald L. Johnson, Jr.
CASE NUMBER: 2:07CR130-PPS
DISTRICT: N.D.Ind.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Total Offense Level: 26          Amended Total Offense Level: 24
Criminal History Category: III            Criminal History Category: III
Previous Guideline Range: 78 to 97 months     Amended Guideline Range: 63 to 78 months

**II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**
- ❐ The reduced sentence is within the amended guideline range.
- ◼ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
- ❐ The reduced sentence is above the amended guideline range.

**III. ADDITIONAL COMMENTS**