**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**        May 13, 2016        312-435-5698

**Clerk of the Court**

**Northern District of Indiana, Hammond**

Re:    **US vs.**   Ronald Johnston
       Our case number: 16 CR 311
       Your case number: 2:07 CR 130-2

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Ronald Johnston, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

                                   Sincerely,

                                   Thomas G. Bruton
                                   Clerk


                                   Laura Springer

Enclosure

A TRUE COPY ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LAURA SPRINGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
May 13, 2016

16cr311

PROB 22
(Rev. 09/12)

DOCKET NUMBER (Tran. Court): 2:07CR130- 002

DOCKET NUMBER (Rec. Court):

# TRANSFER OF JURISDICTION

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ronald Johnston | Northern Indiana | Hammond |

NAME OF SENTENCING JUDGE: Philip P. Simon

| DATES OF SUPERVISION | FROM 10/30/2015 | TO 10/29/2018 |
|---|---|---|

OFFENSE: Distribution of Cocaine

JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5-9-16
Date

United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

FILED
MAY 11 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

5/11/16
Effective Date

United States District Judge